WALTER E. LEANDER, Respondent, v. ARTHUR F. CHASE, Appellant.— Judg-

ment and order unanimously affirmed, with costs.  No opinion.  Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.